

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Marlon Dagoberto Lopez,<br><br>　　　　　Defendant. | Case No.: CR 16-0452-JAK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D. Cal. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on apparent fugitive status before arrest, failure to report

~~address change~~, unemployed, no known bail resources, transient, failure to report when he left RRC

and/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: prior revocation, recent violent conviction, lengthy criminal history including violence

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 7, 2021

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2